UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LAWRENCE J. GRARD, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | 1:11-cv-64-GZS |
| ) | |
| MAINE TODAY MEDIA, ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 23) filed June 29, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss Counts III and IV (Docket No. 14) is **GRANTED.**

      /s/ George Z. Singal
      United States District Judge

Dated this 21st day of July, 2011.